NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

07-14 consolidated with 07-13

STATE OF LOUISIANA

VERSUS

LARRY K. CROCKETT

**********

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NOS. 134786, 132946
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and Michael G. Sullivan, Judges.

CONVICTION, SENTENCE, AND HABITUAL OFFENDER ADJUDICATION AFFIRMED. MOTION TO WITHDRAW GRANTED. CASE REMANDED FOR CORRECTION OF THE MINUTES.

Charles A. Riddle, III
District Attorney
Michael Francis Kelly
Assistant District Attorney
Twelfth Judicial District
P. O. Box 1200
Marksville, LA 71351
Telephone: (318) 253-6587
COUNSEL FOR:
        Plaintiff/Appellee - State of Louisiana

**Carey J. Ellis, III**
**Louisiana Appellate Project**
**P. O. Box 719**
**Rayville, LA 71269**
**Telephone: (318) 728-2043**
**COUNSEL FOR:**
  **Defendant/Appellant - Larry K. Crockett**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *State of Louisiana v. Larry K. Crockett*, 07-13 (La.App. 3 Cir. ___/___/07), the judgment of the habitual offender adjudication is affirmed.

**CONVICTION, SENTENCE, AND HABITUAL OFFENDER ADJUDICATION AFFIRMED. MOTION TO WITHDRAW GRANTED. CASE REMANDED FOR CORRECTION OF THE MINUTES.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION. Rule 2-16.3, Uniform Rules—Courts of Appeal.